UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGORY GARMON, SR.

    v.                                                                                                                                                   CA 13-516 ML

AMTRAK

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 27, 2013 (Docket #20). Magistrate Judge Almond recommends that Defendant's Motion to Dismiss Counts II and III of the Amended Complaint (Docket #14) be granted.

No objections to the Report and Recommendation have been filed, and the time for doing so has passed. The Court has conducted an independent review of the Amended Complaint and the Report and Recommendation. This Court agrees with the Magistrate Judge's factual determination and legal conclusions.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Defendant's Motion to Dismiss Counts II and III of the Amended Complaint is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
January 15, 2014